UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 13 P 1:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Petitioner ) | |
| ) | |
| V. ) | M.B.D. No. |
| ) | |
| MICHAEL J. MIRANDA ) | 04 MBD 10299 |
|     Respondent ) | |

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Michael J. Miranda, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

On this 16th day of August, 2004, before me, the undersigned notary public, personally appeared DAVID F. MALO, proved to me through satisfactory evidence of identification, which were _____ IRS ID # NAR 3357A to be the person whose name is signed on this document in my presence.

My Commission expires: 10-16-2009     NOTARY PUBLIC



ROSE MARY CORTES
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 16, 2009