UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
          Petitioner,               )
                                    )
v.                                  )    M.B.D. No. 04-MC-10299
                                    )
MICHAEL J. MIRANDA,                 )
          Respondent.               )
_____)

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge _____ for a hearing on _____, 2005, and the respondent, MICHAEL J. MIRANDA, not having shown any cause why he should not obey the Summons issued to him on June 3, 2004:

IT IS ORDERED that MICHAEL J. MIRANDA obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records and take MICHAEL J. MIRANDA testimony on or before _____, 2005 at _____ AM/PM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8837.  Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2005