UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br><br>v.<br><br>MICHAEL J. MIRANDA,<br>    Respondent. | )<br>)<br>)<br>)   MBD No. 04-MC-10299-NMG<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

Upon the Petitioner, the Exhibit(s) attached thereto, including the Affidavit of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom # _15_, _5th_ Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the _16_ day of _May_ 2005, at _2:00_ a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on June 3, 2004.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon MICHAEL J. MIRANDA, on or before _May 2,_ 2005.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this _13_ day of _April_, 2005.

_____
UNITED STATES DISTRICT JUDGE

_/s/_____
UNITED STATES MAGISTRATE JUDGE