UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 04-10299-NMG/LTS |
| | ) | |
| MICHAEL J. MIRANDA, | ) | |
| Respondent. | ) | |

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.  This Court issued an Order to Show Cause for the respondent to appear before the Court on May 16, 2005 at 2:00 p.m.

The petitioner now seeks to withdraw its petition because it has been unable to serve the respondent

                                                  Respectfully submitted:

                                                  MICHAEL J. SULLIVAN,
                                                  United States Attorney

                                      By: /s/Anton P. Giedt
                                          ANTON P. GIEDT
                                          Assistant U.S. Attorney
                                          John Joseph Moakley U.S. Courthouse
                                          1 Courthouse Way - Suite 9200
                                          Boston, MA  02210

Dated: 5/13/05                          (617) 748-3282